AO91 (Rev. 12/03)  Criminal Complaint                                                                                   AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
**vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:15-po-01594

Raul ZARASUA-Lira
IAE A202 139 496
Mexico 1995

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 19, 2015** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Raul ZARASUA-Lira was encountered by Border Patrol Agents near Hidalgo, Texas on February 11, 2015. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on January 19, 2015 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Cortez, Eduardo  Border Patrol Agent
Signature of Complainant

Cortez, Eduardo    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 13, 2015                                                                                at      McAllen, Texas
Date                                                                                                              City/State

Dorina Ramos                      U.S. Magistrate Judge
Name of Judge                      Title of Judge                                                        Signature of Judge